# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### BRYSON CITY DIVISION
### 2:09 CV 001

| | |
|---|---|
| RODERICK OLSEN and wife, DEBRA CLEMONS-OLSEN, ) ) ) | |
| Plaintiffs ) ) | |
| V ) ) | **ORDER** |
| ANDREWS TRUSS, INC., et al, ) ) | |
| Defendants. ) | |

**THIS MATTER** is before the court on Edward L. Bleynat, Jr.'s Application for Admission to Practice *Pro Hac Vice* of Stephen A. Marcum. It appearing that Stephen A. Marcum is a member in good standing with the Tennessee Bar and will be appearing with Edward L. Bleynat, Jr., a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Edward L. Bleynat, Jr.'s Application for Admission to Practice *Pro Hac Vice* (#8) of Stephen A. Marcum is **GRANTED**, and that Stephen a. Marcum is **ADMITTED** to practice, *pro hac vice,* before the Bar of this court while associated with Edward L. Bleynat, Jr.

Signed: April 22, 2009

_Dennis L. Howell_

Dennis L. Howell
United States Magistrate Judge