# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION
## 2:09cv1

| | | |
|---|---|---|
| **RODERICK OLSEN and wife,** | ) | |
| **DEBRA CLEMONS-OLSEN,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| Vs. | ) | **ORDER** |
| | ) | |
| **ANDREWS TRUSS, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the court on the court's own Motion for Status. Review of the pleadings reveals that after notification from the Clerk of this court, the parties were required to file their Certificate of Initial Attorneys Conference (hereinafter "CIAC") not later than June 1, 2009. Such deadline having lapsed, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that upon the court's own Motion for Status, the parties shall file the overdue CIAC not later than Friday June 12, 2009. A fine of $50 a day will thereinafter be assessed payable by each party to the Clerk of this court.

Signed: June 8, 2009

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge