# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## BRYSON CITY DIVISION
### 2:09cv1

| | |
|---|---|
| RODERICK OLSEN and wife, )<br>DEBRA CLEMONS-OLSEN, )<br>)<br>       Plaintiffs, )<br>)<br>Vs. )<br>)<br>ANDREWS TRUSS, INC., )<br>)<br>       Defendant and Third- )<br>       Party Plaintiff, )<br>)<br>Vs. )<br>)<br>B-K CYPRESS LOG HOMES, INC., )<br>)<br>       Third-Party )<br>       Defendant. )<br>_____ ) | **ORDER** |

**THIS MATTER** is before the court on defendant and third-party plaintiff's Motion to Change Trial Venue. Respective counsel are advised that while such motion was filed on January 28, 2010, it did not reflect the results of required consultation with other counsel. See L.Cv.R. 7.1. For that reason, the court tickled such motion for response, and none was submitted. Having considered such motion and reviewed the pleadings, and it now appearing that the courthouse in Bryson City has been repaired and that this action should be tried in that division, the motion will

be allowed.

## ORDER

**IT IS, THEREFORE, ORDERED** that defendant and third-party plaintiff's

Motion to Change Trial Venue (#18) is **GRANTED,** and the trial location provided

in the Pretrial Order is changed to Bryson City.

Signed: February 16, 2010

Dennis L. Howell
United States Magistrate Judge